Appellate Docket Number: 6-15-00019-CR, 6-15-00020-CR

Appellate Case Style: Style: MARVIN FRANK HALL

Vs. State of Texas

RECEIVED IN
The Court of Appeals
Sixth District

Feb 1 3 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

FEB 1 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Companion Case: F8859, F8796

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: SIXTH APPELLATE

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: MARVIN | ☑ Lead Attorney |
| Middle Name: FRANK | First Name: N/A |
| Last Name: HALL | Middle Name: N/A |
| Suffix: N/A | Last Name: N/A |
| Appellant Incarcerated? ☑ Yes ☐ No | Suffix: N/A |
| Amount of Bond: N/A | ☑ Appointed     ☐ District/County Attorney |
| Pro Se: ☑ | ☐ Retained     ☐ Public Defender |
| | Firm Name: N/A |
| | Address 1: N/A |
| | Address 2: N/A |
| | City: N/A |
| | State: Texas N/A    Zip+4: N/A |
| | Telephone: N/A    ext. N/A |
| | Fax: N/A |
| | Email: N/A |
| | SBN: N/A |
| | Add Another Appellant/Attorney |

## III. Appellee

First Name: *STATE OF TEXAS*

Middle Name: *N/A*

Last Name: *N/A*

Suffix: *N/A*

Appellee Incarcerated? ☐ Yes ☑ No

Amount of Bond: *N/A*

Pro Se: ○

## IV. Appellee Attorney(s)

☑ Lead Attorney

First Name: *WILLIAM*

Middle Name: *W.*

Last Name: *RAMSAY*

Suffix:

☐ Appointed ☑ District/County Attorney

☐ Retained ☐ Public Defender

Firm Name: *N/A*

Address 1: *110 MAIN STREET*

Address 2:

City: *SULPHUR SPRINGS*

State: *Texas* Zip+4: *75482*

Telephone: *903-885-0641* ext. *N/A*

Fax: *903-885-0640*

Email: *williamsay@scottenink.mail.com*

SBN: *N/A*

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): *DWI AND PROBATION*

Type of Judgment: *10 YEARS*

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: *SEPT. 5, 2014*

Offense charged: *DWI, PROBATION VIOLATION*

Date of offense: *NOV. 9, 2013*

Defendant's plea: *GUILTY*

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☑ No

Was the trial by: ☐ jury or ☑ non-jury?

Date notice of appeal filed in trial court: *OCT. 5, 2014*

If mailed to the trial court clerk, also give the date mailed: *OCT. 5, 2014*

Punishment assessed: *10 YEARS*

Is the appeal from a pre-trial order? ☐ Yes ☑ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☑ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☐ No   If yes, date filed:

Motion in Arrest of Judgment: ☑ Yes ☐ No   If yes, date filed: *NOV. 10, 2014*

Other: ☑ Yes ☐ No   If yes, date filed: *OCT. 5 2014*

If other, please specify: *MOTION TO WITHDRAW GUILTY PLEA*

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☑ NA   If yes, date filed:

Date of hearing: ☑ NA

Date of order: ☑ NA

Ruling on motion: ☐ Granted ☐ Denied ☑ NA   If granted or denied, date of ruling:

Court: _8 TH DISTRICT COURT_

County: _FRANKLIN_

Trial Court Docket Number (Cause no): _F8859, F8796_

Trial Court Judge (who tried or disposed of the case):

First Name: _EDDIE_

Middle Name:

Last Name: _NORTHCUT_

Suffix:

Address 1: _118 CHURCH STREET_

Address 2:

City: _SULPHUR SPRINGS, TEXAS_

State: Texas    Zip + 4: _75482_

Telephone:    ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☑ District   ☐ County

Was clerk's record requested?   ☑ Yes ☐ No

If yes, date requested: _SEPT. 5, 2014_

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☑ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☑ Yes ☐ No

Was reporter's record requested?   ☐ Yes ☑ No

Was the reporter's record electronically recorded? ☐ Yes ☑ No

If yes, date requested: _N/A_

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☑ No ☐ Indigent

---

☑ Court Reporter     ☐ Court Recorder

☐ Official     ☐ Substitute

First Name: _JANA ~~~~~~ R~~~~~~_

Middle Name: _ATCHISON_

Last Name: _RUSHING_

Suffix:

Address 1: _118 CHURCH STREET 3RD FLOOR_

Address 2:

City: _SULPHUR SPRINGS_

State: Texas    Zip + 4: _75482_

Telephone:    ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: *N/A*  Court: *N/A*

Style: *N/A*

Vs. State of Texas

## X. Signature

*Marvin F. Hall*

Signature of counsel (or Pro Se Party)  Date: FEB. 11, 2015

MARVIN FRANK HALL  State Bar No: ▓▓▓▓▓▓▓

Printed Name:

Electronic Signature: ▓▓▓▓▓▓▓  Name: ▓▓▓▓▓▓▓
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on *N/A* .

*Marvin F. Hall*

Signature of counsel (or pro se party)  Electronic Signature: ▓▓▓▓▓▓▓
(Optional)

State Bar No.: ▓▓▓▓▓▓▓

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: ██████████

Manner Served: █████████████

First Name: ████████████████████

Middle Name: ██████████████████

Last Name: ██████████████████

Suffix: ███████

Law Firm Name: ██████████████████

Address 1: ██████████████████

Address 2: ██████████████████

City: ██████████████████

State Texas█████████ Zip+4: ██████████

Telephone: ███████████ ext. ██████

Fax: ██████████

Email: ██████████████████